IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHELBY A. COBB, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-106-A |
| | § | |
| NANCY A. BERRYHILL, ACTING | § | |
| COMMISSIONER, SOCIAL SECURITY | § | |
| ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Shelby A. Cobb is plaintiff and the Acting Commissioner of Social Security, currently Nancy A. Berryhill ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claims for a period of disability and disability and insurance benefits ("DIB") under Title II of the Social Security Act ("SSA"). On November 29, 2017, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until December 13, 2017, in which to file and serve any written objections thereto. To date, neither party has filed objections. Nevertheless, the court has conducted a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal

authorities, and has concluded that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for DIB protectively filed on February 3, 2017, is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED December 15, 2017.

_____
JOHN McBRYDE
United States District Judge